IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDY D. CHAMBERS and
MARTHA CHAMBERS, et al.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioners,

CASE NO. 1D15-5156

v.

NATIONSTAR MORTGAGE,
LLC,

Respondent.

_____/

Opinion filed December 9, 2015.

Petition for Writ of Mandamus -- Original Jurisdiction.

Randy D. Chambers and Martha Chambers, pro se, Petitioners.

Joseph Troendle and Justin E. Hekkanen of Akerman LLP, Jacksonville; Nancy M. Wallace of Akerman LLP, Tallahassee; and William P. Heller of Akerman LLP, Fort Lauderdale, for Respondent.

PER CURIAM.

        DENIED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.